# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **No. 03-CR-4005-DEO** |
| vs. | **ORDER** |
| BRUCE GEORGE LEGEAR, | |
| Defendant. | |

## I.  INTRODUCTION AND BACKGROUND

This matter is before the Court pursuant to "Report and Recommendation On Petition To Revoke Supervised Release" (Docket No. 281, 02-12-2009) issued by Chief United States Magistrate Judge Paul A. Zoss. The report and recommendation states:

> The parties announced they have reached an agreement regarding the Government's petition to revoke LeGear's term of supervised release. The parties have agreed that the petition should be granted, LeGear's term of supervised release should be revoked, and he should be sentenced to twelve months and one day in prison, with no further term of supervision following his release. The court will engage in the required analysis to determine whether the parties' agreement is acceptable under the applicable statutes.

As defendant LeGear stipulated and admitted to the all of the violations alleged in the petition for revocation, Chief

U.S. Magistrate Judge Zoss found by a preponderance of the evidence that the defendant violated a condition of his supervised release. (Report and Recommendation, p. 2).

After finding a violation, 18 U.S.C. § 3583(3) requires the court to consider certain specified factors set forth in 18 U.S.C. § 3553(a) to determine if defendant's term of supervised release should be terminated, extended, modified, or revoked; these specified factors consist of (A) Nature and circumstances of offense; (B) Deterrence of criminal conduct; (C) Protection of the public from further crimes; (D) Defendant's need for educational or vocational training, medical care, or other correctional treatment in the most efficient manner; (E) Sentencing considerations; and (F) Sentencing disparities.

After Chief U.S. Magistrate Judge reviewed each factor, the following recommendation was set forth:

> Upon consideration of all of the above factors, the court finds LeGear's term of supervised release should be revoked. The court further recommends the district court accept the parties' agreement and sentence LeGear to twelve months and one day in prison with no further term of supervision following his release.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

3

### III. CONCLUSION

Chief United States Magistrate Judge Paul A. Zoss concluded the report and recommendation as follows:

> Based upon the foregoing analysis, IT IS RESPECTFULLY RECOMMENDED, unless any party files objections to this Report and Recommendation, that the Government's motion to revoke LeGear's supervised release be granted, and LeGear be sentenced as set forth above.

On February 12, 2009, defendant LeGear, through counsel, filed "Defendant LeGear's Report To The Court Regarding Report And Recommendation" (Docket No. 282), which indicates defendant has no objection to the Report and Recommendation.

The Court recognizes that defendant LeGear has waived any objections, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court **accepts** Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 281).

**IT IS FURTHER HEREBY ORDERED** that the Government's petition to revoke is **granted**.

**IT IS FURTHER HEREBY ORDERED** that defendant Bruce George LeGear shall be sentenced as set forth herein and as agreed to by the parties, to twelve months and one day in prison with no further term of supervision following his release.

**IT IS FURTHER HEREBY ORDERED** that to effectuate this ruling, the United States Probation Office shall prepare a revocation judgment which will fully set forth the term of incarceration and all other relevant revocation matters not referenced herein.

**IT IS SO ORDERED** this 20th day of February, 2009.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa